UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MALIK S. PEARSON,

       Plaintiff,

v.

Case No. 2:25-cv-216

Hon. Hala Y. Jarbou

KIERRA DALLAS,

       Defendant.
_____/

**ORDER OF TRANSFER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff presently is incarcerated at the Marquette Branch Prison (MBP) in Marquette, Marquette County, Michigan. Plaintiff avers, however, that the events giving rise to his action occurred at the Wayne County Jail and Wayne County Juvenile Detention Facility in Detroit, Michigan. (Compl., ECF No. 1, PageID.2.) Plaintiff sues Kierra Dallas but provides no further information regarding her position or title and place of employment. (*Id.*) Plaintiff's complaint consists of one sentence: "Plaintiff was subjected to perjury and defamation." (*Id.*, PageID.3.)

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Here, the events underlying the complaint occurred in Wayne County, which is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District. Therefore:

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not**

decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).

Dated: September 12, 2025         /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE